

# United States District Court
## Eastern District of California

| Rockman, et al. | Case Number: 2:24-cv-03759-TLN-CSK |
|---|---|
| Plaintiff(s) | |
| v. | APPLICATION FOR PRO HAC VICE AND PROPOSED ORDER |
| Incrediwear Holdings, Inc, et al. | |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, **Kevin Murphy** hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Defendants Incrediwear Holdings, Inc. and Jackson Corley

On **January 10, 1996** (date), I was admitted to practice and presently in good standing in the **New York, Second Department** (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 02/04/2025          Signature of Applicant: /s/ Kevin Murphy

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Kevin Murphy |
| Law Firm Name: | Wuersch & Gering LLP |
| Address: | 100 Wall Street, 10th Floor |
| City: | New York   State: NY   Zip: 10005 |
| Phone Number w/Area Code: | (212) 509-5050 |
| City and State of Residence: | New York, New York |
| Primary E-mail Address: | kevin.murphy@wg-law.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Jason Eldred |
| Law Firm Name: | Wilke Fleury LLP |
| Address: | 621 Capitol Mall, Suite 900 |
| City: | Sacramento   State: CA   Zip: 95814 |
| Phone Number w/Area Code: | (916) 441-2430   Bar # 327148 |

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: February 6, 2025

_____
JUDGE, U.S. DISTRICT COURT