Mark Humenik (Cal. Bar No. 231917)
POLK KABAT, LLP
423 South Estate Drive
Orange, CA 92869
Telephone: (949) 636-5754
Email: mhumenik@polkkabat.com

*Attorneys for Plainitffs Eden Blair,*
*Steven Rockman, and Jason Santana*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

EDEN BLAIR, STEVEN ROCKMAN, and
JASON SANTANA,

    Plaintiffs,

        v.

INCREDIWEAR HOLDINGS, INC. &
JACKSON CORLEY,

    Defendants.

**Case No. 2:24-cv-03759-TLN-CSK**

STIPULATION TO EXTEND FACT
DISCOVERY COMPLETION
DEADLINE AND ORDER

WHEREAS, Plaintiffs Eden Blair, Steven Rockman, and Jason Santana ("Plaintiffs") filed the Complaint (ECF No. 1.) in this Action on December 30, 2024.

WHEREAS, the Court's December 30, 2024 Initial Pretrial Scheduling Order ordered that all fact discovery shall be completed no later than three hundred sixty five (365) days from the date upon which the last answer may be filed with the Court pursuant to the Federal Rules of Civil Procedure. (ECF No. 3 at p.2)

WHEREAS, the Court's December 30, 2024 Initial Pretrial Scheduling Order further provided that the Initial Pretrial Scheduling Order shall not be modified except by leave of court upon a showing of good cause, and that agreement by the parties pursuant to stipulation alone to modify the Scheduling Order does not constitute good cause. (ECF No. 3 at p. 6)

WHEREAS, the Court's December 30, 2024 Initial Pretrial Scheduling Order further provided that "[i]f the parties wish to modify the deadlines [in the Court's Initial Pretrial Scheduling Order], the parties may file a Stipulation and Proposed Order for the Court's consideration." (ECF No. 3 at p. 7)

WHEREAS, pursuant to good cause shown during an Informal Discovery Conference on January 6, 2026, the Court modified the Initial Scheduling Order to extend the fact discovery completion deadline by one hundred twenty (120) days, thereby adjusting the fact discovery completion deadline from February 6, 2026 to June 5, 2026. (ECF No. 17)

WHEREAS, the Parties have been diligently engaged in ongoing discovery (responding to interrogatories, document requests, and have participated in five depositions to date).

WHEREAS, as of the filing of this Stipulation, Defendants have: (i) completed the deposition of Plaintiff Steven Rockman; (ii) completed the deposition of Plaintiff Eden Blair; and (iii) partially completed the deposition of Plaintiff Jason Santana.

WHEREAS, as of the filing of this Stipulation, Plaintiffs have partially completed the Rule 30(b)(6) deposition of Defendant Incrediwear Holdings, Inc. ("Incrediwear") but the Parties agreed to continue the remainder of Incrediwear's corporate deposition until a later date because one of Incrediwear's designees was not completely or adequately prepared to testify on certain subject matters.

WHEREAS, on March 25, 2026, Defendant Jackson Corley contracted a food-borne illness between his corporate and individual deposition, thereby causing the postponement of Corley's individual deposition.

WHEREAS, the continued deposition of Defendant Incrediwear, the continued deposition of Plaintiff Santana, and the depositions of various third-party witnesses, Defendant Corley, and Defendant Incrediwear's former corporate officials have not yet been scheduled.

WHEREAS, counsel for Plaintiffs, Mark Humenik, is currently scheduled for back-to-back trials in two matters that will occupy him for most of May (a two-week jury trial in Cuyahoga County, Ohio Common Pleas Court commencing on May 4 and a one-week phase one bench trial in a PAGA action in Orange County, California Superior Court commencing on May 18) and is thus

2

unavailable to participate in depositions for several weeks.

WHEREAS, the Parties have been meeting and conferring in good faith to resolve their respective disputes, including over the scheduling and ordering of further witness depositions.

WHEREAS, the Parties require additional time to complete important fact discovery in support of their claims or defenses.

WHEREAS, it is necessary for Plaintiffs to take depositions of Defendant Corley and other witnesses to support their claims in this action and Defendants believe that it is necessary to conclude the deposition of Plaintiff Santana to prepare its defenses in this action.

WHEREAS, the Parties have been and will continue to work together to schedule depositions of Defendant Corley, Plaintiff Santana and other witnesses.

WHEREAS, to avoid the need to incur unnecessary costs, fees, and to conserve this Court's judicial resources, the Parties have met, conferred, and agreed that good cause exists to continue the present fact discovery completion deadline by an additional sixty days to August 4, 2026.

WHEREAS, the Parties agree that these deadlines and short continuances will not prejudice either Plaintiffs or Defendants.

WHEREAS, this stipulation is made in good faith and is not made to delay these proceedings or for any other improper purpose.

NOW THEREFORE, THE PARTIES STIPULATE THROUGH THEIR RESPECTIVE COUNSEL to the following:

1.     That counsels of record have the authority to enter into this Stipulation on behalf of their respective clients.

2.     That the Initial Scheduling Order shall be modified such so that the fact discovery completion deadline, including the time to bring any necessary discovery motions to resolve any disputes, with the exception of expert discovery, shall be completed by August 4, 2026.

**IT IS SO STIPULATED.**

Dated: April 28, 2026

By: ___/s/_Mark Humenik_____
Mark Humenik

*Attorneys for Plaintiffs Eden Blair, Steven Rockman, and Jason Santana*

By: ___/s/Jason Eldred,_
Jason Eldred
WILKE FLEURY LLP

By: ___/s/Kevin Murphy
Kevin Murphy
WUERSCH & GERING LLP

*Attorneys for Defendants INCREDIWEAR HOLDINGS, INC. and JACKSON CORLEY*

4

**ORDER**

The Court, having considered the foregoing Stipulation, and good cause appearing thereon, HEREBY ORDERS that:

1.    That the Initial Scheduling Order shall be modified such that the fact discovery completion deadline shall be August 4, 2026 and such that all discovery motions, with the exception of expert discovery, shall be completed by the August 4, 2026 fact discovery completion deadline.

2.    All other dates in the Initial Scheduling Order that are scheduled off of the fact discovery deadline shall use the date August 4, 2026.

IT IS SO ORDERED.

DATED:  April 28, 2026

_____
Troy L. Nunley
Chief United States District Judge

5